| | |
|---|---|
| **From:** | ecf_bounces@nyed.uscourts.gov |
| **To:** | nobody@nyed.uscourts.gov |
| **Subject:** | Activity in Case 1:24-cv-02755-LDH-VMS Vesterman v. The Department of Education of the City of New York et al Electronic Index to Record on Appeal |
| **Date:** | Tuesday, October 28, 2025 10:20:01 AM |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mailbox is unattended.**

**\*\*\*Additional Security Enhancements Coming Soon\*\*\* For information visit PACER website**

**https://pacer.uscourts.gov/announcements/2025/06/27/additional-security-enhancements-coming-soon**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

U.S. District Court

Eastern District of New York

## Notice of Electronic Filing

The following transaction was entered on 10/28/2025 at 10:19 AM EDT and filed on 10/28/2025

| | |
|---|---|
| **Case Name:** | Vesterman v. The Department of Education of the City of New York et al |
| **Case Number:** | 1:24-cv-02755-LDH-VMS |
| **Filer:** | |
| **WARNING: CASE CLOSED on 09/30/2025** | |
| **Document Number:** | No document attached |

**Docket Text:**
**Electronic Index to Record on Appeal sent to US Court of Appeals. [24] Notice of Appeal Documents are available via Pacer. For docket entries without a hyperlink or for documents under seal, contact the court and we'll arrange for the document(s) to be made available to you. (VJ)**

**1:24-cv-02755-LDH-VMS Notice has been electronically mailed to:**

Stewart Lee Karlin    slk@stewartkarlin.com, charles@stewartkarlin.com, cnk@stewartkarlin.com, dan@stewartkarlin.com, edlawkarlin@aol.com,

valerie@stewartkarlin.com

Daniel Edward Dugan     dan@stewartkarlin.com, dandugan33@gmail.com

Madeleine Knutson     mknutson@law.nyc.gov

**1:24-cv-02755-LDH-VMS Notice will not be electronically mailed to:**

APPEAL,ACO,DJI

# U.S. District Court
# Eastern District of New York (Brooklyn)
# CIVIL DOCKET FOR CASE #: 1:24−cv−02755−LDH−VMS

| | |
|---|---|
| Vesterman v. The Department of Education of the City of New York et al | Date Filed: 04/12/2024 |
| Assigned to: Judge LaShann DeArcy Hall | Date Terminated: 09/30/2025 |
| Referred to: Chief Mag. Judge Vera M. Scanlon | Jury Demand: Plaintiff |
| Cause: 28:1983 Civil Rights | Nature of Suit: 442 Civil Rights: Jobs |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Tiffany Vesterman**     represented by     **Stewart Lee Karlin**
Stewart Lee Karlin, Law Group PC
111 John Street 22nd Floor
New York, NY 10038
212−792−9670
Fax: 844−636−1021
Email: slk@stewartkarlin.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel Edward Dugan**
Stewart Lee Karlin Law Group, P.C.
111 John Street
Ste 22nd Floor
New York, NY 10038
212−792−9670
Fax: 844−636−1021
Email: dan@stewartkarlin.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**The Department of Education of the City of New York**     represented by     **Madeleine Knutson**
New York City Law Department
Labor & Employment Law Division
100 Church Street, Room 2−173
New York, NY 10007
212−356−2445
Email: mknutson@law.nyc.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**David C Banks**
*Individually and as a Chancellor of the Department of Education of the City of New York*
represented by     **Madeleine Knutson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/12/2024 | 1 | NOTICE OF REMOVAL by David C Banks, The Department of Education of the City of New York from Supreme Court of the State of New York, Kings County, case number 506273/2024. ( Filing fee $ 405 receipt number ANYEDC−17769995) (Attachments: # 1 Civil Cover Sheet Civil Cover Sheet, # 2 Exhibit A− Summons and Complaint) (Knutson, Madeleine) (Entered: 04/12/2024) |
| 04/12/2024 | | This case has been opened in the Eastern District of New York. If you plan to continue representing your client(s), you must be admitted to practice before this court. You |

| | | |
|---|---|---|
| | | must do so by applying for Pro Hac Vice or permanent admission. To apply for Pro Hac Vice admission, you must first register for an ECF login and password. Please visit the Court's website at www.nyed.uscourts.gov/attorney−admissions for guidance. Once registered, you must electronically file a Motion to Appear Pro Hac Vice. You must pay the required pro hac vice fee online. (SDM) (Entered: 04/12/2024) |
| 04/12/2024 | 2 | Clerk's Notice Re: Consent. A United States Magistrate Judge has been assigned to this case and is available to conduct all proceedings. In accordance with Rule 73 of the Federal Rules of Civil Procedure, Local Rule 73.1, the parties are notified that if all parties consent, the assigned Magistrate Judge is available to conduct all proceedings in this action including a (jury or nonjury) trial and to order the entry of a final judgment. Attached to this Notice is a blank copy of the consent form that should be filled out, signed and filed electronically only if all parties wish to consent. Any party may withhold its consent without adverse substantive consequences. Do NOT return or file the consent unless all parties have signed the consent.The form may also be accessed at the following link: https://img.nyed.uscourts.gov/files/forms/MJConsentForm.pdf (SDM) (Entered: 04/12/2024) |
| 04/12/2024 | 3 | This attorney case opening filing has been checked for quality control. See the attachment for corrections that were made, if any. (SDM) (Entered: 04/12/2024) |
| 04/16/2024 | 4 | Letter MOTION for Extension of Time to File Response/Reply *to the Complaint* by David C Banks, The Department of Education of the City of New York. (Knutson, Madeleine) (Entered: 04/16/2024) |
| 04/16/2024 | | ORDER: Defendants' motion 4 , made with consent of Plaintiff, for an extension of time to respond to the complaint is GRANTED. Defendants' shall file an answer to the complaint on or before May 31, 2024. Ordered by Judge LaShann DeArcy Hall on 4/16/2024. (CG) (Entered: 04/16/2024) |
| 05/31/2024 | 5 | MOTION to Dismiss for Failure to State a Claim by David C Banks, The Department of Education of the City of New York. (Knutson, Madeleine) (Entered: 05/31/2024) |
| 05/31/2024 | 6 | MEMORANDUM in Support re 5 MOTION to Dismiss for Failure to State a Claim filed by David C Banks, The Department of Education of the City of New York. (Knutson, Madeleine) (Entered: 05/31/2024) |
| 05/31/2024 | 7 | AFFIDAVIT/DECLARATION in Support re 5 MOTION to Dismiss for Failure to State a Claim filed by David C Banks, The Department of Education of the City of New York. (Attachments: # 1 Exhibit 1− Exemption Request, # 2 Exhibit 2− Department of Education Declaration, # 3 Exhibit 3− 2022 Notice of Claim, # 4 Exhibit 4− 2023 Notice of Claim, # 5 Exhibit 5− Exemption Denial) (Knutson, Madeleine) (Entered: 05/31/2024) |
| 06/04/2024 | | ORDER: In direct contravention of the Court's Individual Practices, Defendants filed a motion to dismiss 5 , without first requesting a pre−motion conference. *See* J. DeArcy Hall Individual Practices, Section III.A.1. Defendants' motion 5 is TERMINATED. Defendant is directed to file a pre−motion conference letter no later than June 5, 2024. Plaintiff shall file a response letter no later than June 12, 2024. The parties' pre−motion letters shall comply with the Court's Individual Practices. Failure to abide by this Order may result in sanctions. Ordered by Judge LaShann DeArcy Hall on 6/4/2024. (CG) (Entered: 06/04/2024) |
| 06/04/2024 | 8 | Letter MOTION for pre motion conference by David C Banks, The Department of Education of the City of New York. (Knutson, Madeleine) (Entered: 06/04/2024) |
| 06/12/2024 | 9 | Consent MOTION for Extension of Time to File Response/Reply as to 8 Letter MOTION for pre motion conference , Order on Motion to Dismiss for Failure to State a Claim,, by Tiffany Vesterman. (Karlin, Stewart) (Entered: 06/12/2024) |
| 06/12/2024 | | ORDER: On June 4, 2024, Defendants filed a motion for a pre−motion conference 8 in anticipation of a motion to dismiss. It is apparent that Plaintiff failed to review the Court's Individual Practices, which require a party to respond to a motion for a pre−motion conference within five business days or move for an extension of time to respond no later than two days prior to the scheduled deadline. *See* J. DeArcy Hall Individual Practices, Sections I.E.1, III. A.5. In direct contravention of the Court's |

| | | |
|---|---|---|
| | | Individual Practices, Plaintiff failed to respond to Defendants' motion by June 11, 2024. Accordingly, Plaintiff is directed to respond to Defendants' motion for a pre−motion conference on or before June 12, 2024, at 11:59 p.m. Nothing about this order is changed by Plaintiff's belated motion for an extension of time. Indeed, Plaintiff's motion 9 for an extension of time is DENIED. Failure to respond may result in the issuance of sanctions, including dismissal for failure to prosecute. Ordered by Judge LaShann DeArcy Hall on 6/12/2024. (CG) (Entered: 06/12/2024) |
| 06/12/2024 | 10 | MOTION for Reconsideration re Order on Motion for Extension of Time to File Response/Reply,,,, Order on Motion to Dismiss for Failure to State a Claim,, by Tiffany Vesterman. (Karlin, Stewart) (Entered: 06/12/2024) |
| 06/12/2024 | 11 | RESPONSE to Motion re 8 Letter MOTION for pre motion conference filed by Tiffany Vesterman. (Karlin, Stewart) (Entered: 06/12/2024) |
| 06/14/2024 | | ORDER: Defendants' motion for a pre−motion conference 8 in anticipation of their motion to dismiss is GRANTED. A pre−motion conference shall be held before Judge LaShann DeArcy Hall on July 12, 2024, at 12:00 p.m., telephonically. The parties shall call the Court at (571) 353−2301 and dial Meeting ID 995157. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court.<br><br>At the pre−motion conference, the Court will order a briefing schedule. The parties should anticipate a schedule that will require service of their motion within a short time after the pre−motion conference (usually two weeks).<br><br>Plaintiff's motion for reconsideration 10 as to the Court's Order denying Plaintiff's motion for an extension of time is DENIED as moot.<br><br>Ordered by Judge LaShann DeArcy Hall on 6/14/2024. (CG). Modified on 3/27/2025 to update association of corrected docket entry no.'s in entry as directed by chambers. (MLR). (Entered: 06/14/2024) |
| 07/12/2024 | 12 | NOTICE of Appearance by Daniel Edward Dugan on behalf of Tiffany Vesterman (aty to be noticed) (Dugan, Daniel) (Entered: 07/12/2024) |
| 07/12/2024 | | ORDER: The pre−motion conference scheduled for July 12, 2024 is ADJOURNED until August 5, 2024, at 11:00 a.m. The parties shall call the Court at (571) 353−2301 and dial Meeting ID 995157. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. The parties are reminded that the Court will order a briefing schedule at the pre−motion conference. The parties should anticipate a schedule that will require service of their motion within a short time after the pre−motion conference (usually two weeks). Ordered by Judge LaShann DeArcy Hall on 7/12/2024. (CG) (Entered: 07/12/2024) |
| 08/05/2024 | | ORDER: The pre−motion conference scheduled for August 5, 2024 is ADJOURNED until August 9, 2024, at 2:00 p.m. The parties shall call the Court at (571) 353−2301 and dial Meeting ID 995157. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. The parties are reminded that the Court will order a briefing schedule at the pre−motion conference. The parties should anticipate a schedule that will require service of their motion within a short time after the pre−motion conference (usually two weeks). Ordered by Judge LaShann DeArcy Hall on 8/5/2024. (CG) (Entered: 08/05/2024) |

| Date | # | Description |
|---|---|---|
| 08/09/2024 | | MINUTE ENTRY: The Court held a pre−motion conference on August 9, 2024 regarding Defendants' anticipated motions to dismiss. Daniel Edward Dugan appeared on behalf of Plaintiff. Madeleine Knutson appeared on behalf of Defendants. The parties are directed to file a joint proposed briefing schedule no later than August 12, 2024. (Court Reporter Stacy Mace.) (CG) (Entered: 08/13/2024) |
| 08/12/2024 | 13 | Letter *proposing briefing schedule for Defendants' anticipated motion to dismiss the complaint* by David C Banks, The Department of Education of the City of New York (Knutson, Madeleine) (Entered: 08/12/2024) |
| 08/13/2024 | | ORDER: The parties' joint proposed briefing schedule 13 as to Defendants' motion to dismiss is GRANTED. Defendants shall serve their motion to dismiss no later than September 13, 2024. Plaintiff shall serve their opposition no later than October 14, 2024. Defendants shall serve any reply, and electronically file the fully−briefed motion, no later than October 25, 2024. The parties are reminded that this Court's Individual Practices require parties to submit courtesy copies of all motion papers to Chambers at the time they are served on opposing parties. Ordered by Judge LaShann DeArcy Hall on 8/13/2024. (CG) (Entered: 08/13/2024) |
| 10/08/2024 | 14 | Consent MOTION for Extension of Time to File Response/Reply as to Order,, by Tiffany Vesterman. (Karlin, Stewart) (Entered: 10/08/2024) |
| 10/18/2024 | | ORDER: Plaintiff's motion 14 , made with the consent of Defendants, for extension of time to serve her opposition to Defendants' motion to dismiss is GRANTED. Plaintiff shall serve her opposition no later than October 22, 2024. Defendants shall serve their reply and electronically file the fully−briefed motion, no later than November 4, 2024. Ordered by Judge LaShann DeArcy Hall on 10/18/2024. (CG) (Entered: 10/18/2024) |
| 11/04/2024 | 15 | MOTION to Dismiss for Failure to State a Claim by The Department of Education of the City of New York, David C Banks. (Knutson, Madeleine) (Entered: 11/04/2024) |
| 11/04/2024 | 16 | AFFIDAVIT/DECLARATION in Support re 15 MOTION to Dismiss for Failure to State a Claim filed by The Department of Education of the City of New York, David C Banks. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8) (Knutson, Madeleine) (Entered: 11/04/2024) |
| 11/04/2024 | 17 | MEMORANDUM in Support re 15 MOTION to Dismiss for Failure to State a Claim filed by The Department of Education of the City of New York, David C Banks. (Knutson, Madeleine) (Entered: 11/04/2024) |
| 11/04/2024 | 18 | CERTIFICATE OF SERVICE by The Department of Education of the City of New York, David C Banks re 16 Affidavit in Support of Motion, 15 MOTION to Dismiss for Failure to State a Claim , 17 Memorandum in Support (Knutson, Madeleine) (Entered: 11/04/2024) |
| 11/04/2024 | 19 | MEMORANDUM in Opposition re 15 MOTION to Dismiss for Failure to State a Claim filed by Tiffany Vesterman. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C) (Knutson, Madeleine) (Entered: 11/04/2024) |
| 11/04/2024 | 20 | REPLY in Support re 15 MOTION to Dismiss for Failure to State a Claim filed by The Department of Education of the City of New York, David C Banks. (Knutson, Madeleine) (Entered: 11/04/2024) |
| 11/04/2024 | 21 | CERTIFICATE OF SERVICE by The Department of Education of the City of New York, David C Banks re 20 Reply in Support (Knutson, Madeleine) (Entered: 11/04/2024) |
| 11/25/2024 | | ORDER. In light of the pending motion to dismiss, discovery is stayed pending a decision on the motion. If the motion is denied in whole or part, within a week of the decision, counsel are to file a status letter to the magistrate judge requesting an initial conference. The letter should include the parties' proposed discovery schedule. Ordered by Magistrate Judge Vera M. Scanlon on 11/25/2024. (SH) (Entered: 11/25/2024) |
| 09/30/2025 | 22 | MEMORANDUM AND ORDER: For the reasons stated in the attached Memorandum and Order, Defendant's motion to dismiss the complaint 15 is GRANTED. Plaintiff's Complaint is dismissed with prejudice. The Clerk of the Court is respectfully directed |

| | | |
|---|---|---|
| | | to close the case. Ordered by Judge LaShann DeArcy Hall on 9/30/2025. (NCW) (Entered: 09/30/2025) |
| 09/30/2025 | 23 | CLERK'S JUDGMENT: that Defendant's motion to dismiss the complaint is granted; and Plaintiff's Complaint is dismissed with prejudice. Signed by Deputy Clerk, Jalitza Poveda, on behalf of Clerk of Court, Brenna B. Mahoney, on 9/30/2025. (JP) (Entered: 09/30/2025) |
| 10/28/2025 | 24 | NOTICE OF APPEAL as to 23 Clerk's Judgment, 22 Order on Motion to Dismiss for Failure to State a Claim, by Tiffany Vesterman. Filing fee $ 605, receipt number ANYEDC−19575393. (Karlin, Stewart) (Entered: 10/28/2025) |
| 10/28/2025 | | Electronic Index to Record on Appeal sent to US Court of Appeals. 24 Notice of Appeal Documents are available via Pacer. For docket entries without a hyperlink or for documents under seal, contact the court and we'll arrange for the document(s) to be made available to you. (VJ) (Entered: 10/28/2025) |